**Ex parte Clifton SMITH, Relator.**

**No. C–1652.**

Supreme Court of Texas.

Nov. 3, 1982.

Rehearing Denied Dec. 1, 1982.

Samuel T. Jackson, Amarillo, for relator.

John L. Tull, Jr., County Atty., Amarillo, for respondent.

PER CURIAM.

It appears to this Court that by order signed on October 26, 1982 by the judge of

---

the County Court at Law in and for Potter County, Texas, the relator, Clifton Smith, was released from custody and discharged from the order of contempt dated October 20, 1982. It is therefore ordered that this petition for writ of habeas corpus be and the same is hereby dismissed.